IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 06-cv-01422-LTB-BNB

ROCKY MOUNTAIN RECYCLING, INC.,

    Plaintiff,

v.

HARRIS WASTE MANAGEMENT GROUP, INC.,

    Defendant.

_____

ORDER
_____

    The plaintiff, Rocky Mountain Recycling, Inc. ("RMC"), moves for leave to amend its complaint, voluntarily dismissing its negligence claim and adding particular allegations concerning events that occurred after June, 2006. The defendant, Harris Waste Management Group, Inc., given until October 30, 2006 to respond to the motion, has not done so.

    The scheduling order established as the deadline for amendment of pleadings October 30, 2006. RMC filed its motion and proffered an amended complaint on October 18, 2006.

    Accordingly, the motion to amend the complaint is GRANTED.

Dated: December   20  , 2006, in Denver, Colorado.

                                                   BY THE COURT:

                                                     s/Lewis T. Babcock
                                                   Lewis T. Babcock, Chief Judge