IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01422-LTB-BNB

ROCKY MOUNTAIN RECYCLING, INC.,

Plaintiff,

v.

HARRIS WASTE MANAGEMENT GROUP, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Notice to Vacate Hearing** [docket no. 34, filed February 14, 2007],

      IT IS ORDERED that the **Plaintiff's Motion to Compel Defendant's Responses to Discovery** [docket no. 24, filed January 16, 2007] is DENIED AS MOOT.

      IT IS FURTHER ORDERED that the hearing set for February 15, 2007, is VACATED.

DATED:  February 14, 2007