IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01422-LTB-BNB

ROCKY MOUNTAIN RECYCLING, INC.,

Plaintiff,

v.

HARRIS WASTE MANAGEMENT GROUP, INC.,

Defendant.

_____

**ORDER**

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **June 25, 2007**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 11, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge