IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  06-cv-01422-LTB-BNB

ROCKY MOUNTAIN RECYCLING, INC.,

    Plaintiff,

v.

HARRIS WASTE MANAGEMENT GROUP, INC.,

    Defendant.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 52 - filed July 3, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: July 5, 2007